356 A.2d 361
COMMONWEALTH of Pennsylvania
v.
Robert RUSSELL, Appellant.

Supreme Court of Pennsylvania.
Argued Oct. 24, 1975.
Decided May 12, 1976.

Rudolph S. Pallastrone, Geo. A. Bachetti, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Carolyn Temin, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.

Judgment of sentence affirmed.